KATRENA JOHNSON, APPELLANT, V. NELS P. JENSEN, APPELLEE.

FILED NOVEMBER 14, 1930. No. 27354.

*L. C. Paulson, Bernard McNeny, Stiner & Boslaugh, Edmund P. Nuss, Max V. Beghtol* and *J. Lee Rankin*, for appellant.

*C. P. Anderbery, contra.*

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiff brought this action in the district court for Kearney county to recover damages for injuries alleged to have been sustained in a collision with defendant's automobile. A verdict was returned in favor of defendant and plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.